IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JON CLARK,

    Plaintiff,

v.

CUNA MUTAL LONG TERM DISABILITY
PLAN and CUNA MUTUAL INSURANCE
SOCIETY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-CV-412-WMC

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Jon Clark, remanding the case for further administrative proceedings.

| s/Vivian Olmo, Deputy Clerk | 3/15/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |